IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED SEP 19 2012

| | | |
|---|---|---|
| DAVID LUSICK | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 12-5150 |

O R D E R

AND NOW, this 18th day of September, 2012, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g);

2. The Clerk of Court shall mark this case **CLOSED** statistically.

BY THE COURT:

/s/ Legrome D. Davis

LEGROME D. DAVIS, J.

ENTERED

2012

CLERK OF COURT